UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORENA D., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER, <br> Social Security Administration, <br><br> Defendant. | Civil No. 2:19-CV-01820-MAT <br><br><br> ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge shall reevaluate the medical evidence of record, including the opinion of Gregory Gardner, M.D.; as warranted, reevaluate Plaintiff's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; and offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

Page 1        ORDER - [2:19-CV-01820-MAT]

DATED this 10th day of June, 2020.

                                                            Mary Alice Theiler
                                                            United States Magistrate Judge

Presented by:

s/ Courtney Garcia
COURTNEY GARCIA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2934
Fax:  (206) 615-2531
courtney.garcia@ssa.gov